**JS-6**

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARGAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPSE GROUP, INC. d/b/a MAGSFORMILES and MAGSFORPOINTS<br><br>Defendant. | Case No.: 8:23-cv-00198-CJC-JDE<br><br>ORDER GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE |

The Court, having reviewed the Parties' Joint Stipulation to Voluntarily Dismiss Action Without Prejudice, and for good cause shown, hereby GRANTS the stipulation.

It is hereby ordered that the above-captioned action is dismissed *without prejudice*. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 14, 2023

_____
Hon. Cormac J. Carney
United States District Judge

ORDER